1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar #91175
   JEREMY S. KROGER, Bar #258956
3  Assistant Federal Defender
   Designated Counsel for Service
4  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
5  Telephone: (559) 487-5561

6  Attorney for Defendant
   ROBERT P. MCGRATH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:12-cr-00381-LJO-SKO |
|---|---|
| *Plaintiff,* | ) |
| v. | ) STIPULATION TO CONTINUE SET STATUS CONFERENCE HEARING; ORDER |
| ROBERT P. MCGRATH, | ) |
| *Defendant.* | ) Date:  December 17, 2012<br>) Time:  1:00 p.m.<br>) Judge:  Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference currently set for December 3, 2012, **may be continued and a new status conference scheduled for December 17, 2012, at 1:00 p.m.**

The request is made by counsel for the defendant.  The defendant makes this request as the Office of the Federal Defender was appointed  in this matter on November 26, 2012.  The Office still needs to file a substitution of attorneys and receive discovery in the case from the previously retained counsel.  Defense counsel will need time to review this discovery, discuss it with his client prior to the status hearing.  For each of these reasons, the requested continuance will conserve time and resources for all parties and the Court.

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice herein for good cause pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) for effective defense
3  preparation.

```
                                              BENJAMIN B. WAGNER
                                              United States Attorney


DATED:  November 29, 2012             By  /s/ Brian Enos
                                              BRIAN ENOS
                                              Assistant United States Attorney
                                              Attorney for Plaintiff


                                              DANIEL J. BRODERICK
                                              Federal Defender


DATED:  November 29, 2012             By  /s/  Jeremy S. Kroger
                                              JEREMY S. KROGER
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              ROBERT P. McGRATH
```

## ORDER

The Court, having reviewed the above request to continue the status conference now set for December 3, 2012, and good cause appearing, HEREBY ORDERS that the status conference be continued to December 17, 2012, at 1:0 p.m.  The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   November 29, 2012**              /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE

McGrath - Stipulation to Continue Set
Status Conference ; Order