HEATHER WILLIAMS, Bar #122664
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERT McGRATH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:12-cr-381 LJO |
| | ) | |
| Plaintiff, | ) | **AMENDED** |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE AND ORDER THEREON |
| | ) | |
| ROBERT McGRATH, | ) | Date: December 16, 2013 |
| | ) | Time: 1:00 P.M. |
| Defendant. | ) | Judge: Hon. Sheila K. Oberto |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, BRIAN ENOS, Assistant United States Attorney, counsel for Plaintiff, and JEREMY S. KROGER, Assistant Federal Defender and counsel for Defendant Robert McGrath, that the date for status conference in this matter may be continued to December 16, 2013, at 1:00 p.m., or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is September 16, 2013. The requested new date is December 16, 2013.**

This continuance is requested in order to allow time for Mr. McGrath to undergo psychological analysis and to permit the defense psychologist to prepare a report. When this case was filed, Mr. McGrath's wife was terminally ill. She lived at home with Mr. McGrath, and he was her sole caretaker. In addition to his work running a small business, Mr. McGrath fed, bathed, and attended to the other needs of his bed-bound wife. With the government's gracious understanding, this case has progressed slowly in light of Mr. Mcgrath's caretaking duties.

1     Mr. McGrath's wife passed away in June.  The process for preparing a psychological report has

2 begun, but more time is needed to complete the report and for the parties to assess its potential impact on

3 plea negotiations.  There parties therefore request that this continuance be granted in order to accomplish

4 these tasks.

5     The parties agree that the delay resulting from the continuance shall be excluded as necessary for

6 further plea negotiations and effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A).  For

7 this reason, the ends of justice served by the granting of the requested continuance outweigh the interests

8 of the public and the defendant in a speedy trial.

9                   Respectfully submitted,

11                   BENJAMIN B. WAGNER
                          United States Attorney

13 DATED: September 11, 2013        By  /s/ Brian Enos
                          BRIAN ENOS
14                   Assistant United States Attorney
                          Attorney for Plaintiff

16                   DANIEL J. BRODERICK
                          Federal Defender

18 DATED: September 11, 2013        By /s/ Jeremy S. Kroger
19                   JEREMY S. KROGER
                          Assistant Federal Defender
                        Attorney for Defendant
20                   Robert McGrath

21                 **O R D E R**

22     The parties' request for a continuance of the current status conference is GRANTED and the

23 intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

24     Should the parties reach an agreement that resolves the case, they shall schedule the matter for a

25 change of plea hearing before United States District Judge Lawrence J. O'Neill prior to December 16,

26 2013.  If the parties are unable to reach an agreement that resolves this matter prior to December 16, 2013,

27 ///

28 ///

they shall be prepared to select a mutually acceptable trial date at the next status conference on December 16, 2013.

IT IS SO ORDERED.

**Dated:     September 12, 2013**              /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE