HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Robert P. McGrath

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:12-CR-00381 LJO-SKO |
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA, ORDER THEREON |
| v. | |
| Robert P. McGrath, | Date:   May 5, 2014<br>Time:  8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, BRIAN ENOS, Assistant United States Attorney, counsel for plaintiff; and JEREMY S. KROGER, Assistant Federal Defender, counsel for defendant Robert P. McGrath, that the date for change of plea hearing in this matter may be continued to May 5, 2014, or the soonest date thereafter that is convenient to the Court.  **The date currently set for change of plea is March 3, 2014.  The requested new date is May 5, 2014.**

The parties request this continuance for two reasons.  First, after the parties reached a tentative agreement in this case, a matter was unexpectedly brought to defense counsel's attention which requires the review of potentially several thousand files of computer records. While the parties do not believe that the result of this review will imperil the tentative plea

-1-

agreement, in the interests of ensuring effective assistance of counsel, the review must be conducted.

Second, Mr. McGrath's wife passed away six months ago. Unwinding her estate and selling their home has taken longer than anticipated. Because Mr. McGrath is expected to be remanded upon the entrance of his guilty plea, the defense requests this additional time for Mr. McGrath to finalize his affairs. The government does not oppose this request.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C.§§3161(h)(1)(D), 3161(h)(7)(A) and 3161(B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: January 31, 2014        By: */s/   Brian Enos*
                                   BRIAN ENOS
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: January 31, 2014        By: */s/ Jeremy S. Kroger*
                                   JEREMY S. KROGER
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   Robert P. McGrath

**O R D E R**

The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C.§§3161(h)(1)(D), 3161(h)(7)(A) and 3161(B)(iv).

IT IS SO ORDERED.

    Dated:   **January 31, 2014**             /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE