HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEREMY S. KROGER, Bar #258956
JANET BATEMAN, Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Robert P. McGrath

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:12-cr-00381 LJO-SKO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE CHANGE |
| | ) | OF PLEA, ORDER THEREON |
| v. | ) | |
| | ) | |
| Robert P. McGrath, | ) | Date:   July 28, 2014 |
| | ) | Time:   8:30 a.m. |
| | ) | Judge:  Hon. Lawrence J. O'Neill |
| Defendant. | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their

respective counsel, BRIAN ENOS, Assistant United States Attorney, counsel for plaintiff; and

JEREMY S. KROGER, Assistant Federal Defender, counsel for defendant Robert P. McGrath,

that the date for change of plea hearing in this matter may be continued to July 28, 2014, or the

soonest date thereafter that is convenient to the Court.  **The date currently set for change of**

**plea is May 5, 2014.  The requested new date is July 28, 2014.**

Mr. McGrath's current defense attorney is leaving the office of the Federal Defender and

this case has been reassigned to a new defense attorney, Janet Bateman.  Ms. Bateman's

upcoming schedule includes an (anticipated) week-long trial beginning May 20, 2014, two long-

planned weeks of vacation from June 19 through June 28, 2014, and two weeks of out-of-state

training from July 13 through July 26, 2014.

1       Ms. Bateman is in the process of getting up to speed on the case; however, given her

2   upcoming schedule, if Mr. McGrath were to enter his plea as scheduled, Ms. Bateman would not

3   be able to prepare for sentencing until several months after the anticipated sentencing date.

4   Moreover, although Ms. Bateman has had an initial meeting with Mr. McGrath, from Mr.

5   McGrath's perspective there has been a sudden and last-minute change in the attorney who will

6   represent him during one of the most important moments of his life.  The requested continuance

7   will allow Mr. McGrath and Ms. Bateman additional time to form a trusting attorney-client

8   relationship and thereby ensure that Mr. McGrath can be adequately represented at his

9   sentencing.  Therefore, in light of the unexpected change of defense counsel, the defense

10   requests that the change of plea hearing be continued until July 28, 2014.  The government does

11   not oppose this request.

12       The parties agree that the delay resulting from the continuance shall be excluded as

13   necessary for effective defense preparation pursuant to 18 U.S.C.§§3161(h)(1)(D),

14   3161(h)(7)(A) and 3161(B)(iv).  For this reason, the ends of justice served by the granting of the

15   requested continuance outweigh the interests of the public and the defendant in a speedy trial.

16

17                                   BENJAMIN B. WAGNER

18                                   United States Attorney

19   DATED: April 24, 2014             By: */s/   Brian Enos*

20                                   BRIAN ENOS
                                     Assistant United States Attorney

21                                   Attorney for Plaintiff

22                                   HEATHER E. WILLIAMS

23                                   Federal Defender

24   DATED: April 24, 2014            By: */s/ Jeremy S. Kroger*

25                                   JEREMY S. KROGER
                                     Assistant Federal Defender

26                                   Attorney for Defendant
                                   Robert P. McGrath

27

28

1

## <u>O R D E R</u>

2

3      The intervening period of delay is excluded in the interests of justice pursuant to 18

4  U.S.C.§§3161(h)(1)(D), 3161(h)(7)(A) and 3161(B)(iv).

5  IT IS SO ORDERED.

6      Dated:   **April 24, 2014**                **/s/ Lawrence J. O'Neill**

7                                 UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28