HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00381-LJO-SKO |
| Plaintiff, | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| ROBERT P. MCGARTH, | |
| Defendant. | |

Defendant, Robert P. McGarth, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release.

Mr. McGarth pled guilty in 2014 to receipt or distribution of material involving the sexual exploitation of minors. Following a term of custody, he received 180 months of supervised release, which began on November 30, 2018. Mr. McGarth submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing the attached Financial Affidavit, it is respectfully recommended that counsel be appointed.

DATED: February 6, 2025                              */s/ Peggy Sasso*
                                                                        PEGGY SASSO
                                                                        First Assistant Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __**February 6, 2025**__          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE