UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 1:12-cr-00381 JLT |
| Plaintiff, | ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | (Doc. 45) |
| ROBERT P. MCGRATH, | |
| Defendant. | |

Mr. McGrath seeks early termination of his supervised release. The U.S. Probation Office and the U.S. Attorney's Office agree with Mr. McGrath's request.

Mr. McGrath is 89 years old, has complied with the terms of supervised release, and has taken full advantage of the of the services and support provided by supervised release. For these reasons, and after considering all of the § 3583(e)(1) factors, the motion for early termination of supervised release is **GRANTED**.

IT IS SO ORDERED.

Dated:   **January 15, 2026**

UNITED STATES DISTRICT JUDGE