(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1060 Fulton St. Suite 803
FRESNO, CA 93721
PHONE (559) 442-1041
FAX (559) 214-0174

ATTORNEYS FOR   Defendant, Robert P. McGrath

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO.:  1:12-CR-00381** |
| Plaintiff, ) | **MOTION TO TERMINATE CJA** |
| ) | **APPOINTMENT OF HARRY M.** |
| vs. ) | **DRANDELL AS ATTORNEY OF** |
| ) | **RECORD AND [PROPOSED] ORDER** |
| ROBERT P. McGRATH, ) | |
| Defendant. ) | |

On October 20, 2014, Defendant, Robert P. McGrath was sentenced to a term of 60 months in the Federal Bureau of Prisons and given a term of 180 months of supervised release. CJA Panel Attorney, Harry M. Drandell was appointed to represent Mr. McGrath on March 13, 2025, in his request for early termination of his term of supervised release. Mr. McGrath filed his Motion for Early Termination of Supervised Release on December 31, 2025, the Government filed its Statement of Non-Opposition on January 6, 2026, with the Court granting the Motion on January 15, 2026. Mr. McGrath's case, therefore, come to an end.  Having completed his representation of Mr. McGrath, CJA attorney Harry M. Drandell now moves to terminate his appointment under the Criminal Justice Act.

///

///

///

Dated: February 23, 2026

Respectfully submitted,

LAW OFFICES OF HARRY M. DRANDELL

/s/ Harry M. Drandell
HARRY M. DRANDELL
Attorney for Defendant,
ROBERT P. McGRATH


**[PROPOSED] ORDER**

Having reviewed the notice and found that attorney Harry M. Drandell has completed the services for which he was appointed, the Court hereby grants attorney Harry M. Drandell's request for leave to withdraw as defense counsel in this matter.

The Clerk of the Court is directed to serve a copy of this Order on Defendant, Robert P. McGrath, at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Robert P. McGrath
1001 Sylmar Ave.
Space 132
Clovis CA 93612


**IT IS SO ORDERED**


Dated:   February 24, 2026                          UNITED STATES DISTRICT JUDGE

2